IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-545-03** |
| | : | |
| **v.** | : | |
| | : | **CIVIL ACTION NO. 08-3522** |
| **MAURICE FELDER** | : | |

## ORDER

**AND NOW**, this 23rd day of November, 2009, upon consideration of the Motion to Vacate/Set Aside/Correct Sentence Under 28 U.S.C. § 2255 (Document No. 130) and the government's response, it is **ORDERED** as follows:

1. The defendant's motion is **DENIED**; and

2. The defendant having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.

                                                     /Timothy J. Savage
                                                     TIMOTHY J. SAVAGE, J.